**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DAVID PAGE                                                                                              PETITIONER
ADC #143815

v.                                          NO. 5:14CV00213 JLH/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                    RESPONDENT

**ORDER**

The Court has received a letter from Petitioner, stating that he intended this Petition for Writ of Habeas Corpus to be filed in state court and does not know why it was sent to the federal court.[1] He asks this Court to "send [his] state habeas to the right place." *Doc. #3*. The Court has construed this as Motion to Dismiss this federal habeas action.

IT IS THEREFORE ORDERED that Petitioner's Motion to Dismiss, *Doc. #3*, is GRANTED. The Petition for Writ of Habeas Corpus is hereby DISMISSED without prejudice. The Clerk of the Court is directed to return the original Petition, *Doc. #1*, to Petitioner so that he can forward it to the Jefferson County Circuit Court.[2]

DATED THIS 16th day of June, 2014.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner presented his claims on a form that is used for state habeas petitions filed in the state courts of Arkansas pursuant to Ark. Code Ann. § 16-112-101, and it was captioned for filing in the Jefferson County Circuit Court. The Petition has not yet been served on Respondent.

[2] Jefferson County Circuit Court, 101 W. Barraque St., Pine Bluff, AR 71601. *See Borum v. State*, 2011 Ark. 415, at *1 ("Any petition for writ of habeas corpus is properly addressed to the circuit court in the county in which the petitioner is held in custody, unless it is filed pursuant to Act 1780 of 2001 [based on new scientific evidence].").