## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DAVID PAGE                                                                                                                PETITIONER
ADC #143815

v.                                         NO. 5:14CV00213 JLH/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                                     RESPONDENT

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this action without prejudice.

DATED this 16th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE